UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CR-C-14-601 |
| | § | |
| VS. | § | |
| | § | |
| MARIA GUADALUPE OSORIO GARCIA | § | |

**SEALED NOTICE OF TRANSFER**

This case has been transferred to  U.S. District Judge Marina Garcia Marmolejo for the following reason:

(X)    Agreement between the Judges.

( )    Case in exchange for CA C- ___ which  was transferred due to:

( )    Recusal

( )    Bankruptcy related case

( )    Consent to Proceed before the U. S. Magistrate Judge filed.

( )    Other: Related Case

**Proceedings to be held in Corpus Christi, Texas.**

DAVID J BRADLEY, CLERK

Date:  August 25, 2014                              By: Brandy Cortez
                                                                    DEPUTY CLERK